# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONYA LENOIR,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. EDCV 09-01542-JEM<br><br>**JUDGMENT** |

  In accordance with the Memorandum Opinion and Order Affirming Decision of Commissioner filed concurrently herewith,

  IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and this action is dismissed with prejudice.

DATED: October 7, 2010

                 */s/ John E. McDermott*
                 JOHN E. MCDERMOTT
               UNITED STATES MAGISTRATE JUDGE